**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HENRY REID,

          Plaintiff,

v.                                        Case No:   6:23-cv-2462-ACC-LHP

PROGRESSIVE SELECT INSURANCE
COMPANY,

          Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   JOINT STIPULATION AND MOTION REGARDING PLAINTIFF'S FILING OF AN AMENDED COMPLAINT (Doc. No. 12)
>
> **FILED:**      February 1, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Though leave to amend Plaintiff's complaint for the first time is not required under Federal Rule of Civil Procedure 15(a), the parties' motion is **GRANTED**. The deadline by which Plaintiff shall file his amended complaint is extended up to

- 2 -

and including **March 4, 2024**. Defendant's deadline to answer or otherwise respond to the amended complaint shall run 21 days from the date of the amended complaint's filing. *See* Fed. R. Civ. P. 12(a).

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties